UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENDALL,<br><br>　　　　　Defendant. | No. 2:17-cv-1462 CKD P<br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has not paid the $400 filing fee for this action and he is precluded from proceeding in forma pauperis under 28 U.S.C. § 1915(g).[1] Good cause appearing, the court will grant plaintiff 14 days within which to pay the filing fee. If plaintiff fails to pay the filing fee within 14 days, the court will recommend that this action be dismissed.

/////

/////

---

[1] The court has disposed of over 200 cases filed by plaintiff since 2004. As plaintiff knows well by now, he has "struck out" under 28 U.S.C. § 1915(g). Being a "three strikes" litigant, plaintiff may only proceed in forma pauperis if he is "under imminent danger of serious physical injury." Plaintiff does not point to specific facts suggesting he is under imminent danger of serious physical injury.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days within which to pay the $400 filing fee for this action. Failure to pay the filing fee within fourteen days will result in a recommendation that this action be dismissed.

Dated: August 31, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
weav1462.3ks